AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00199 |
| Brian Leo Kelly | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 6/10/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Brian Leo Kelly__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: __06/10/2024__                                                   *Zia M. Faruqui 2024.06.10 12:37:18 -04'00'*
                                                                                    _____
                                                                                    *Issuing officer's signature*

City and state:    __Washington, D.C.__                    __Zia M. Faruqui, U.S. Magistrate Judge__
                                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* __June 10, 2024__, and the person was arrested on *(date)* __June 27, 2024__
at *(city and state)* __Washington, DC__.

Date: __June 27th, 2024__                                          _____
                                                                                    *Arresting officer's signature*

                                                                                    __D/Sgt Jeff Jencryn__
                                                                                    *Printed name and title*