IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United States of America )<br>    Complainant )<br>                    )<br>       v.            )<br>                    )<br>Brian Leo Kelly )<br>    Defendant ) | Case No. 24-CR-322-TSC-1 |

NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Gregory T. Hunter, Esquire, as Counsel for the Defendant.

Respectfully Submitted,

_____/s/_____
Gregory T. Hunter, Esquire
Counsel for the Defendant
Virginia State Bar No. 45489
2111 Wilson Boulevard
8th Floor
Arlington, Virginia 22201
(703) 966-7226 telephone
(703) 527-0810 facsimile
greghunter@mail.com

CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing Notice of Appearance with the Court's electronic filing system on July 16, 2024, causing a Notice of Electronic Filing to be served on all counsel of record.

Melanie Krebs-Pilotti  
Assistant United States Attorney  
U.S. Attorney's Office  
601 D. Street NE  
Washington DC 20530  
(202) 870-7547  
Melanie.Krebs-Pilotti2@usdoj.gov

                                               /s/  
                                      Gregory T. Hunter, Esquire  
                                      Counsel for the Defendant  
                                      Virginia State Bar No. 45489  
                                      2111 Wilson Boulevard  
                                      8th Floor  
                                      Arlington, Virginia 22201  
                                      (703) 966-7226 telephone  
                                      (703) 527-0810 facsimile  
                                      greghunter@mail.com